AO 245B    Judgment in a Criminal Case - D. Massachusetts
            Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

UNITED STATES OF AMERICA
V.

TARA M. O'BRIEN

**STATEMENT OF REASONS**

Case Number: 1: 99 CR 10326 - 001 - WGY

Francis DiMento
Defendant's Attorney

[X] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 12 | | | |
| Criminal History Category: | I | | | |
| Imprisonment Range: | 18 | to | 24 | months |
| Supervised Release Range: | 2 | to | 3 | years |
| Fine Range: | $ $4,000.00 | to | $ $500,000.00 | |

Defendant's Soc. Sec. No.: xxx-xx-7914
Defendant's Date of Birth: 58
Defendant's USM No.: 02286-038
Defendant's Residence Address:

07/21/04
Date of Imposition of Judgment

/s/ William G. Young
Signature of Judicial Officer

The Honorable William G. Young
Chief Judge, U.S. District Court
Name and Title of Judicial Officer

July 22, 2004
Date

Defendant's Mailing Address:

AO 245B     Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 3

DEFENDANT:    TARA M. O'BRIEN                    Statement of Reasons - Page 3 of ____
CASE NUMBER:   1: 99 CR 10326 - 001 - WGY

## STATEMENT OF REASONS

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

### OR

☒ The sentence departs from the guideline range:

     ☒ upon motion of the government, as a result of a defendant's substantial assistance, or

     ☐ for the following specific reason(s):

☐ See Continuation Page

1

```
 1              THE COURT:  Thank you.
 2              THE DEFENDANT:  Thank you.
 3              THE COURT:  Ms. Tara M. O'Brien --
 4              THE DEFENDANT:  Correct.
 5              THE COURT:  -- in consideration of the offenses of
 6    which you stand convicted, the information from the United
 7    States Attorney, your attorney, the probation office and
 8    yourself, this Court does depart downward and places you on
 9    probation for a period of two years, imposes upon you a
10    fine of $4,000, and a special assessment of $300.
11              The special -- all the general conditions of
12    probation apply.  In addition, the following special
13    conditions apply.  You're prohibited from possessing a
14    firearm or other dangerous weapon.  You're to pay the
15    balance of the fine according to a Court ordered repayment
16    schedule.  You're prohibited from incurring new credit
17    charges or opening additional lines of credit.  You're to
18    provide the probation officer access to any requested
19    financial information.  The financial information provided
20    may be shared with the Financial Litigation Unit of the
21    United States Attorney's Office.  You're to participate in
22    a mental health program as directed by the United States
23    Probation Office, and you're required to contribute to the
24    costs of services for such treatment based upon your
25    ability to pay.
```

2

```
 1              If I did not already say there's a special
 2     assessment of $300.
 3              Let me explain that sentence.  I appreciate your
 4     candor.  I appreciate -- and I believe that now, after all
 5     this time, not that you didn't earlier, but you've had a
 6     long time to reflect on the seriousness of these criminal
 7     violations.
 8              THE DEFENDANT:  Yes, your Honor.
 9              THE COURT:  They are very serious.
10              THE DEFENDANT:  Yes, your Honor.
11              THE COURT:  They pose -- though in themselves they
12     are not crimes of violence they, of course, give rise, they
13     give the setting, they give the monetary resources that
14     undergird extraordinarily serious crimes of violence which
15     you are not liable for, but in a way, even unknowingly, you
16     helped, have helped.  And it's because of that that this
17     sentence should be a more severe sentence.  That it is not
18     is for two reasons.
19              First, talking to you personally, I have carefully
20     read this file, as I try to in every case, and given what
21     the government says about what you have done that warrants
22     my lowering the sentence.
23              THE DEFENDANT:  Thank you, your Honor.
24              THE COURT:  Second, I am one, and I say this
25     institutionally, though I have been critical of these
```

3

```
 1   so-called guidelines, I am one who has striven very hard to
 2   have the sentences meet the specific criminal conduct at
 3   issue.  It is clear to me that another respected judge of
 4   this Court having given your father probation, there is no
 5   way in any sense of fairness that I can do other than give
 6   you probation, and that's the reason.  I tell you candidly
 7   these crimes are generally too serious for probation.  Too
 8   serious for probation even if you cooperate.
 9            THE DEFENDANT:  Yes, your Honor.
10            THE COURT:  But in your particular circumstances
11   that seems appropriate given the other criminal conduct at
12   issue which has already been adjudicated here.
13            You're notified you have the right to appeal from
14   any findings or rulings the Court makes against you.
15            That's the sentence of the Court.
16            THE DEFENDANT:  Thank you, your Honor.
17            MR. DiMENTO:  If your Honor please, may I have a
18   clarification.  I believe you said, I believe you said that
19   the defendant is not to obtain credit during the period of
20   her probation.  As you know, she is a real estate broker
21   and doing very well at it and that's what's making her so
22   happy today, or part of what it is.  But she does entertain
23   clients and she does need the use of a credit card.  I
24   believe the tradition around here is to permit her to
25   continue using her credit cart and to continue obtaining
```

4

1   credit so long as she is current with her fine and the
2   special assessment obligations. There's no restitution
3   order here.
4            THE COURT: No, there is not.
5            My specific language was she's prohibited from
6   incurring new credit charges or opening additional lines of
7   credit without the approval of the probation officer. If I
8   did not make that clear, that's the language. I'm sticking
9   with that language. It's under the supervision of the
10  probation officer.
11           MR. DiMENTO: That's my problem. I didn't hear
12  without the permission of the probation officer.
13           THE COURT: I might not have said it.
14           MR. DiMENTO: Oh, I'm sorry.
15           THE COURT: It was here in the materials I had. I
16  don't fault you at all. So I clarify it. I now clarify
17  the order.
18           MR. DiMENTO: And I thank you.
19           THE COURT: That's the order of the Court.
20           MR. DiMENTO: Thank you.
21           THE COURT: All right.
22           MR. KELLY: Thank you, your Honor.
23           (Whereupon the matter concluded.)
24
25