United States District Court
District of Massachusetts (Boston)
CRIMINAL DOCKET FOR CASE #: 1:99-cr-10326-WGY-ALL

**Case title:** USA v. O'Brien
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 10/19/99

**Assigned to:** Chief Judge William G. Young
**Referred to:**

### Defendant(s)
----------------------

**Tara M. O'Brien** (1)     represented by     **Francis J. DiMento**
DiMento & Sullivan
Seven Faneuil Hall Marketplace
Boston, MA 02109
617-523-2345
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1955 Illegal gambling (1) | The defendant is to serve 2 years Probation with Special Conditions. The defendant is to pay a Fine of and Special Assessment of . |
| 18:1956(a)(1)(B)(i) Laundering of monetary instruments (2-3) | The defendant is to serve 2 years Probation with Special Conditions. The defendant is to pay a Fine of and Special Assessment of . |

**Highest Offense Level (Opening)**
--------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
------------------------------------------

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Notice(s)
----------------------

**Pretrial Services**

**Probation Office**

**Plaintiff**
-------------------

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Samuel W. Buell**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/19/1999 | | Felony Information received for filing . Tara M. O'Brien (1) count(s) 1, 2-3 (sad) (Entered: 10/19/1999) |
| 10/19/1999 | 1 | MOTION by USA , as to Tara M. O'Brien to seal/impound , filed. (sad) (Entered: 10/19/1999) |
| 10/19/1999 | 2 | MOTION by USA , as to Tara M. O'Brien to seal information , filed. (mlb) (Entered: 10/20/1999) |
| 10/20/1999 | | Chief Judge William G. Young . ENDORSED ORDER as to Tara M. O'Brien : granting [2-1] motion to seal information as to Tara M. O'Brien (1). cc: Samuel W. Buell AUSA (mlb) (Entered: 10/20/1999) |
| 11/08/1999 | 3 | JOINT MOTION by Tara M. O'Brien and USA regarding Rule 11 hearing , filed. (SEALED DOCUMENT) (mlb) (Entered: 11/09/1999) |
| 11/08/1999 | 4 | JOINT MOTION by Tara M. O'Brien to impound , filed. (mlb) (Entered: 11/09/1999) |
| 11/10/1999 | | Chief Judge William G. Young . ENDORSED ORDER as to Tara M. O'Brien : granting [4-1] joint motion to impound as to Tara M. O'Brien (1). cc/cl. (mlb) (Entered: 11/10/1999) |
| 11/10/1999 | | Chief Judge William G. Young . ENDORSED ORDER as to Tara M. O'Brien : granting as Modified [3-1] joint motion regarding Rule 11 hearing as to Tara M. O'Brien (1). cc/cl. (mlb) (Entered: 11/10/1999) |
| 11/16/1999 | 5 | WAIVER OF INDICTMENT by Tara M. O'Brien , filed. (mlb) (Entered: 11/17/1999) |
| 11/16/1999 | 7 | Plea Agreement as to Tara M. O'Brien , filed. (mlb) (Entered: 11/17/1999) |
| 11/16/1999 | | PLEA entered by Tara M. O'Brien . Court accepts plea. Guilty: Tara M. O'Brien (1) count(s) 1, 2-3 (mlb) (Entered: 11/17/1999) |
| 11/16/1999 | 8 | Chief Judge William G. Young . Procedural order re sentencing hearing as to Tara M. O'Brien entered. set Sentencing for 2:00 2/15/00 for Tara M. O'Brien. Final Pre-sentence Report due no later than 2/8/00 (mlb) (Entered: 11/17/1999) |

| | | |
|---|---|---|
| 11/16/1999 | 9 | Chief Judge William G. Young . CLERK'S NOTES as to Tara M. O'Brien , re: Plea to Information held. Plea Agreement filed. Waiver of Indictment filed. Dft. Sworn. Court conducts Plea Colloguy with dft. After hearing the Court accepts plea of guilty to Counts 1-3. Procedural Order re: Setenncing issued. Setennncing set for 2/15/00 at 2:00 p.m. Dft. released on personal recognizance. COURT ORDERS CASE SEALED. Dft. is to surrender a license to carry firearm. Court Reporter: D. Womack. (mlb) (Entered: 11/17/1999) |
| 02/08/2000 | 10 | JOINT MOTION by Tara M. O'Brien and the USA to continue sentencing , filed. (mlb) (Entered: 02/08/2000) |
| 02/08/2000 | 11 | JOINT MOTION by Tara M. O'Brien and the USA to seal Document #10 , filed. (mlb) (Entered: 02/08/2000) |
| 02/10/2000 | | Chief Judge William G. Young . ENDORSED ORDER as to Tara M. O'Brien : granting [11-1] joint motion to seal Document #10 as to Tara M. O'Brien (1). cc/cl. (mlb) (Entered: 02/10/2000) |
| 02/10/2000 | | Chief Judge William G. Young . ENDORSED ORDER as to Tara M. O'Brien : granting [10-1] joint motion to continue sentencing as to Tara M. O'Brien (1). cc/cl. (mlb) (Entered: 02/10/2000) |
| 07/14/2004 | 12 | MOTION for Downward Departure as to Tara M. O'Brien by USA. (Smith3, Dianne) (Entered: 07/15/2004) |
| 07/16/2004 | 13 | Judge William G. Young : ORDER entered to unseal case as to Tara M. O'Brien (Smith3, Dianne) (Entered: 07/16/2004) |
| 07/21/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 7/21/2004 for Tara M. O'Brien (1), Count(s) 1, 2-3, The Court announces the Guideline calculations. After hearing the Court ALLOWS the Motion for Downward Departure and imposes the following sentence: The defendant is to serve 2 years Probation with Special Conditions. The defendant is to pay a Fine of $4000 and Special Assessment of $300..The defendant is notified of the right to appeal. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 07/22/2004) |